THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALESSANDRIO VOLLERO, Appellant.

(Argued March 3, 1919; decided April 8, 1919.)

APPEAL from a judgment of the Supreme Court rendered April 1, 1918, at a Trial Term for the county of Kings, upon a verdict convicting the defendant of the crime of murder in the first degree.

*James W. Osborne* and *Edwin W. Willcox* for appellant.

*Harry E. Lewis, District Attorney (Ralph E. Hemstreet* of counsel), for respondent.

Judgment of conviction affirmed under section 542 of Code of Criminal Procedure; no opinion.

Concur: Hiscock, Ch. J., Collin, Cuddeback, Cardozo, Crane and Andrews, JJ. Pound, J., dissents on authority of *People* v. *Molineux* (168 N. Y. 264).